UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEVON ENERGY PRODUCTION COMPANY, L.P.,<br><br>*PLAINTIFF*,<br><br>vs.<br><br>LIBERTY ENERGY, LLC,<br><br>*DEFENDANT.* | CIVIL ACTION NO. 3:10-CV-1431-B<br><br>ECF |

## Notice of Dismissal With Prejudice

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Devon Energy Production Company, L.P. hereby files its Notice of Dismissal With Prejudice and notices its voluntary intention that this action be dismissed under Rule 41(a)(1)(A)(i) with prejudice to refiling.

The complaint was filed in this case on July 20, 2010. Defendant Liberty Energy, LLC has not yet been served with Summons and Complaint, and has not filed an answer or a motion for summary judgment.

Dated: July 27, 2010

Respectfully submitted,

THOMPSON & KNIGHT LLP

By: /s/ Craig A. Haynes
Craig A. Haynes
State Bar No. 09284020

Rachelle H. Glazer
State Bar No. 09785900

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax:    214-969-1751

ATTORNEYS FOR PLAINTIFF DEVON
ENERGY PRODUCTION COMPANY, L.P.